**Order filed February 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-15-00558-CR

————————

**RICHARD M. THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1411673**

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 11.

The exhibit clerk of the 176th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 11, on or before February 16, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 11, to the clerk of the 176th District Court.


PER CURIAM